# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KING, | CASE NO. 1:09-CV-00016-AWI-DLB PC |
| Plaintiff, | ORDER VACATING DEFENDANTS' MOTION TO DISMISS FROM COURT'S CALENDAR PENDING SUBMISSION OF PLAINTIFF'S OBJECTIONS |
| v. | |
| SUSAN HUBBARD, et al., | (Doc. 30) |
| Defendants. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Anthony King ("Plaintiff"), a California state prisoner proceeding pro se. Pending before the Court is a motion to dismiss, filed February 25, 2011, by Defendants Beregovskaya and Enenmoh ("Defendants"). On August 1, 2011, the Court issued Findings and Recommendations. Doc. 40. On September 27, 2011, Plaintiff filed a second motion for extension of time to file objections.

The Court has reviewed the record in this action. By separate order, Plaintiff will be granted additional time to file objections. Accordingly, in light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendants' motion to dismiss, filed February 25, 2011, is HEREBY DEEMED VACATED from the Court's calendar until Plaintiff's objections are filed.

IT IS SO ORDERED.

Dated:   **September 30, 2011**                    **/s/ Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE

1